**Glenn R. LAMB, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7056.

United States Court of Appeals, Federal Circuit.

Feb. 27, 2006.

Glenn R. Lamb, pro se.

*ORDER*

Upon consideration of the unopposed motion of Glenn R. Lamb to voluntarily dismiss his appeal (Court of Appeals for Veterans Claims 04–1117),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.